UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN
DIVISION

| | | |
|---|---|---|
| EVGHENI CERNOVOL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 C 14229 |
| | ) | |
| JOSEPH B. EDLOW, Director, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | ) | Judge Alexakis |
| | ) | |
| Defendants. | ) | |

**ORDER TO REMAND**

The federal defendants move for a remand to United States Citizenship and Immigration Services (USCIS) of plaintiff's naturalization application that is the subject of the complaint filed in the above-captioned case so that USCIS may render an adjudicative action on the application within the next 30 days. Once an action is filed with the district court under 8 U.S.C. § 1447(b), the court, not the agency, has exclusive jurisdiction over the matter and it may either determine the matter, or remand it to USCIS for decision. 8 U.S.C. § 1147(b); *Aljabri v.Holder*, 745 F.3d 816, 819-20 (7th Cir. 2014). Remand to the agency is specifically provided for under § 1447 and *Aljabri*. Plaintiff agrees to this remand.

Accordingly, it is ordered that plaintiff's application for naturalization be remanded to USCIS so that the agency can issue an adjudicative action on the application within 30 days of the entry of this order.

Dated: April 24, 2026

Georgia N. Alexakis

HON. GEORGIA N. ALEXAKIS
United States District Judge